## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 21-70290-JAD |
| Barbara E. Conklin, | : | |
| Debtor | : | Chapter 13 |
| | : | |
| Barbara E. Conklin, | : | |
| Movant | : | |
| v. | : | |
| Select Portfolio Servicing, | : | |
| Respondent | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Additional Respondent | : | |

### CERTIFICATE OF SERVICE

I, Jessica L. Tighe, Legal Assistant for The Law Offices of Kenny P. Seitz, hereby certify I am over the age of eighteen years old and certify under penalty of perjury that I served a copy of the Order dated April 29, 2022, extending the Loss Mitigation Period, on the parties at the addresses on the attached matrix by first class mail.

Date: <u>April 20, 2022</u>             /s/ Jessica L. Tighe
                                        Jessica L. Tighe; Legal Asst.
                                        Law Offices of Kenny P. Seitz
                                        P.O. Box 211
                                        Ligonier, PA 15658
                                        Tel: 814.536-7470
                                        Fax: 814.536-9924

## MATRIX OF PARTIES SERVED

Brian C. Nicholas, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

Select Portfolio Servicing
Attn: Erica Haro
3217 S. Decker Lake Drive
Salt Lake City, UT 84119

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
US Steel Tower Suite 3250
600 Grant Street
Pittsburgh, PA 15219
** served electronically **

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Barbara E. Conklin
6216 Morgan Run Road
West Decatur, PA 16878