Fill in this information to identify the case:

Debtor 1 <u>Barbara E Conklin</u>

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the   <u>Western District Of Pennsylvania</u>

Case number <u>21-70290</u>

Official Form 410S1

# Notice of Mortgage Payment Change                                                                                 12/15

**If the debtor's plan provides for payment of post petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor**: U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR1

**Court claim no**. (if known): <u>2</u>

**Last four digits** of any number you use to identify the debtor's account:   7545

**Date of payment change:** <u>10/13/2022</u>
Must be at least 21 days after date of this notice

**New total payment:**       $ 585.18
Principal, interest, and escrow, if any

## Part 1:   Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No

   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $<u>92.75</u>        **New escrow payment:** $<u>98.84</u>

## Part 2:   Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note account?

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non bankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:** _____%           **New interest rate:** _____%

   **Current principal and interest payment:** $_____    **New principal and interest payment:** $_____

Debtor 1 <u>Barbara E Conklin</u>           Case Number (*If known*):21-70290
    First Name   Middle Name   Last Name

### Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

    Reason for change: _____

**Current mortgage payment:** $ _____    **New mortgage payment:** $ _____

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the *appropriate* box.

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Brian C. Nicholas           Date June 23, 2022
   Signature

Print:   Brian C. Nicholas    ATT ID: 317240        Title  Attorney for Creditor
    First Name   Middle Name   Last Name

Company   KML Law Group, P.C.

Address   701   Market Street, Suite 5000
    Number   Street
   Philadelphia,   PA   19106
   City   State   ZIP Code

Contact phone  (215) 627–1322        Email  bnicholas@kmllawgroup.com